EDWARD A. PHIPPS, JR. *v.* JILL S. PHIPPS
(2899)

DUPONT, C.P.J., BORDEN and SPALLONE, Js.

Argued April 9—decision released May 7, 1985

*James R. Greenfield,* for the appellant (plaintiff).

*Edward J. Dolan,* with whom, on the brief, was *Kent Harvey,* for the appellee (defendant).

PER CURIAM. There is no error.